IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Adam Sorkin ,

Plaintiff,

v.

The Kroger Co.,

Defendant

Case No. 23cv14916
Judge Charles P. Kocoras

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)
.

Defendant(s) shall recover costs from plaintiff(s).

X☐ other: For the foregoing reasons, Kroger's Motion to Dismiss [21] is granted and the amended complaint is dismissed. Civil case terminated.

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
X☐ decided by Judge Charles P. Kocoras on a motion to dismiss.

Date: 8/6/2024        Thomas G. Bruton, Clerk of Court
             Steven Hotze , Deputy Clerk